# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** FBI

**City** Lawrence  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-mj-6536-6540-MPK
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Jenssi Astacio  **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address** (City & State) Lawrence, Massachusetts

**Birth date (Yr only):** 1986  **SSN (last4#):** 2508  **Sex** M  **Race:** Hispanic  **Nationality:** USA

**Defense Counsel if known:**  **Address**

**Bar Number**

## U.S. Attorney Information:

**AUSA** Philip Cheng  **Bar Number if applicable**

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect:

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:**

**Arrest Date** 11/15/2023

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Middlesex Jail  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/31/2024  **Signature of AUSA:** /s/ Philip C. Cheng

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jenssi Astacio

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Possession with intent to distribute controlled substances | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**